

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00580-CR

**IN RE** Andrew **CLEWIS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 5, 2016

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on September 13, 2016, complaining the trial court had failed to rule on a motion requesting clarification of findings of fact related to his judgment and sentence.  On September 28, 2016, Respondent, the Honorable Mary Roman, filed a copy of the order denying the motion.  Therefore, the issue raised by the Relator in this mandamus proceeding has become moot.  Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005CR9206C, styled *State of Texas v. Andre Clewis*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.